AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gregory P. Mango, | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-03422-LB |
| | ) | |
| | ) | |
| Special Automotive Solutions, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Special Automotive Solutions
        c/o Dr. Mark Kennedy
        2603 Camino Ramon, Suite 200
        San Ramon, CA 94583

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**JACQUELINE MANDEL**
**SANDERS LAW GROUP**
**333 Earle Ovington Boulevard, Suite 402**
**Uniondale, NY 11553**

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: July 11, 2023

*Signature of Clerk or Deputy Clerk*